FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 10 2017

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

Francois Johnson,

PLAINTIFF

Civil Case No. 3:17-cv-00115 KGB

Instant Auto Credit Corporation-
President/CFO

DEFENDANT

This case assigned to District Judge BAKER
and to Magistrate Judge DEERE

### Plaintiff Civil Complaint

Plaintiff Francois Johnson, files this Complaint based upon VIOLATIONS OF THE FTC ACT, Sharing non-public personal information, Deceptive Representations Regarding Financial Privacy Rule, Presented No safe guards rules, Pretext provision, Deceptive use by sales department and Trade Practices , Deceptive use in Dealing with Commerce, Defendant's Receipt of Negotiable Instrument :also plaintiff adds ( exh A ) Affidavit of Facts to Instant Auto Credit Corporation, 1 thru 16) , (exh B ) Affidavit of Fact (statements  1 thru 5 ) debt Validation, (exh C ) Affidavit of Facts for Negotiable Instrument,
Instrument..
Plaintiff Wish is not hold Plaintiffs to the same stringent standards as that of a schooled attorney.  See **Haines v. Kerner**, 404 U.S. 519.

### JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a), and 1345; 15 U.S.C. §§ 45(a), 53(b), and 57b; and Section 626 of the Omnibus Act, as clarified by Section 511 of the Credit Card Act, and amended by Section 1097 of the Dodd-Frank Act, 12 U.S.C. § 5538.

Venue is proper in this District under 28 U.S.C. § 1391(b)(1)-(2) and (c)(1)-(2), and 15 U.S.C. § 53(b).

### Statement of Facts

Affirms that on the stamped date below. April 3, 2017, I sent to defendant Instant Auto Credit Corporation, P.O.Box 19179, Jonesboro Arkansas 72403 the following:  Plaintiff sent documents notarized and certified mail , tracking Number # 7015 0640 0003 2409  4313.

1. It is a fact Instant Auto Credit Corporation you are in unlawful possession of my Nonpublic information without my expressed or implied consent.
2. It is a fact Instant Auto Credit Corporation that Abernathy Auto shared my Nonpublic information with you without my expressed or implied and written consent and authorization.
3. It is a fact Instant Auto Credit Corporation never provided me with a Privacy Notice.
4. It is a fact Instant Auto Credit Corporation never provided me with a Safe Guard Notice.
5. It is a fact Instant Auto Credit Corporation are in violation of the ( G.L.B ) Rights Act V –( Gramm- Leach- Bliley Act ,for noncompliance of Provisions ( A.) Privacy Notice,( B.) Safe Guard Notice and (c.) the Pretexting Provision.
6. It is a fact Instant Auto Credit Corporation have never provided me an Annual Privacy Notice after I became your customer.
7. It is a fact Instant Auto Credit Corporation that you are a third party non affiliate of Abernathy Motor Co .
8. It is a fact Instant Auto Credit Corporation that you ARE IN DISHONOUR for not responding to my debt validating questions, sent certified and notarized.

9. It is a fact Instant Auto Credit Corporation that you never provided me a Disclosure Document about how, and who. You were going to share my nonpublic Information with.
10. It is a fact Instant Auto Credit Corporation that I never applied for financing with you.
11. It is a fact Instant Auto Credit Corporation that I never issued you my wage statements or bank information.
12. It is a fact Instant Auto Credit Corporation that I never gave you a written Notice to have my Non Public Information.
13. It is a fact I never expressed or applied to you in person or any communication to give me a loan or credit with your company.
14. It is a fact I never gave you my Non Public Information in written form.
15. It is a fact I never signed any Documents with you electronically or digitally.
16. It is a fact Instant Auto Credit Corporation you purchased this agreement from Abernathy Auto.

## Affidavit of Facts for Debt Validation

November 28, 2016, I sent INSTANT AUTO CREDIT CORPORATION, the following:

17. My question to you is did you give me a loan?

18. Did you purchase this (RISC) MOTOR VEHICLE RETAIL INSTALLMENT CONTRACT from Abernathy Motor Company?

19. And if money was loaned could you please release or provide me with documentation of my wet signature and yours on a loan agreement.

20.. Santander Consumer, after purchasing the (RISC) agreement or giving me a loan, did you mail me a copy of the GLB Gramm-Leach-Baily ACT. Which According to the FTC's you were to mail me a copy when you took over the (RISC).

21.. DID you extend me credit under the Truth and Lending Act.?

22. The remedy seeked in the amount that is applicable by laws for breaking the rules in excess of $100.000 for violation of the Gramm-Leach-Baily ACT, at less 10.000 for rules less flagrant.

### Defendant's Receipt of Negotiable Instrument

22. On September 2, 2016 plaintiff sent defendant INSTANT AUTO CREDIT CORPORATION a notarized Promissory Note / Negotiable Instrument the (only) original on yellow paper signed in (BLUE INK ) in the amount of 13,705.43 for the vehicle payoff, and promise to pay upon terms which was neither accepted nor denied, nor ever returned to this date but was signed and received sent by next day certified mail.

## VIOLATIONS OF THE FTC ACT

22. Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts or practices in or affecting commerce."

23. Misrepresentations or deceptive omissions of material fact constitute deceptive acts or practices prohibited by Section 5(a) of the FTC Act.

### COUNT I

### Deceptive Representations Regarding Finacial Privacy Rule

24. (A) Defedant fail to provide Financial Privacy Rule, as required by .

## COUNT II

### Presented No safe guards rules

25. (B) Defendant Fail to provide The safeguards Rule

## COUNT III

### Pretext provision

26. (C) Defendant Fail to Provide the Pretexting Provisions.

## COUNT IV

### Deceptive Trade Practices

27. After defendant acquired the Retail Installment Contract (RISC) from (seller) that you used deceptive practices to acquire plaintiff non-public private information. Defendant acquired the contract as stated, AND WITHOUT plaintiff's EXPRESSED OR IMPLIED CONSENT, causing harm and injury through treats and harassment by the defendant Instant Auto Credit Corporation..

## COUNT V

### Deceptive use of dealings in Commerce

28. In a document Plaintiff asked defendant(s) the following question which was notarized and sent certified; did you give me a loan?

29. Did you purchase this (RISC) MOTOR VEHICLE RETAIL INSTALLMENT CONTRACT from Abernathy Motor Company?

30. And if money was loaned could you please release or provide me with documentation of my wet signature and yours on a loan agreement.

31.. After purchasing the (RISC) agreement or giving me a loan, did you mail me a copy of the GLB Gramm-Leach-Baily ACT. Which According to the FTC's you were to mail me a copy when you took over the (RISC).

32.. DID you extend me credit under the Truth and Lending Act.?

## COUNT VI

### Sharing Plaintiff non-public private information

29. Defendant instant Auto Credit Corporation, is in possession of Plaintiff non- public information without plaintiff expressed , implied or written consent.

## PLAINIFF INJURY

Plaintiff have suffered and will continue to suffer substantial injury as a result of Defendants' violations of the FTC Act, the MARS Rule, and Regulation Z, the Gramm –leach – Bliley Act - . In addition, Defendants have been unjustly enriched as a result of their unlawful acts or practices. Plaintiff suffers Emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life.

## CONCLUSION

It is well settled that the Defendants has committed all ,and every act mentioned in this complaint. In violation of the Federal Trade Act, and in violations of Plaintiff rights.

## DAMAGES

(1) Plaintiff seeks damages for blatantly and knowingly misleading plaintiff, deceitfully in the amount of $1,000,000.00 for violations. Plaintiff seeks, compensatory and Punitive damages pursuant in the amount of $1,000,000.00, for compensatory (2) punitive damages for future emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and the amount punitive damages.

## REQUEST FOR RELIEF

Wherefore, Plaintiff request and (wish) is that to be granted an order to make Plaintiff whole curing , and pay punitive damages as stated above, and keep to the vehicle, and for a jury trial,

## PLAINTIFF SWORN STATEMENT

Plaintiff Affirms that all the facts/allegations are true and correct pursuant to the penalty of perjury.

I, Francois Johnson the living soul certify that on this 10th day of May _____ 2017.

_____
Francois Johnson
4093 Aux Arms Apt # 1
Memphis, Tenn 38128
**Phone 1-901-628-2916**