UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FRANCOIS JOHNSON                                                                                  PLAINTIFF

v.                                        Case No. 3:17-cv-00115-KGB

INSTANT AUTO CREDIT CORPORATION                                                DEFENDANT

## ORDER

Before the Court is plaintiff Francois Johnson's motion for leave to proceed *in forma pauperis* (Dkt. No. 1). Based on Mr. Johnson's application, Mr. Johnson has neither the funds nor the income to pay the filing fee (*Id.*). The Court concludes that Mr. Johnson has provided sufficient financial information to proceed *in forma pauperis*. Therefore, the Court grants Mr. Johnson's motion to proceed *in forma pauperis* and permits Mr. Johnson to proceed without prepayment of the filing fee.

Mr. Johnson is proceeding *pro se*. He is notified that Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants like Mr. Johnson: (1) to notify promptly the Court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. Mr. Johnson should be aware that Local Rule 5.5 further provides that the failure to respond to any communication from the Court within 30 days may result in dismissal of the case. Any party proceeding *pro se* is expected to be familiar with and follow the Federal Rules of Civil Procedure as well as the Local Rules of this Court. A copy of the Local Rules may be obtained from the District Clerk for the Eastern District of Arkansas.

It is so ordered this 12th day of March, 2018.

                                                _____
                                                Kristine G. Baker
                                                United States District Judge