UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FRANCOIS JOHNSON**                                                                                          **PLAINTIFF**

**v.**                            **Case No. 3:17-cv-00115-KGB**

**INSTANT AUTO CREDIT CORPORATION,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Francois Johnson's claims against defendants Instant Auto Credit Corporation, Abernathy Motor Company, and Carl Oliver be dismissed without prejudice. The relief sought is denied.

So adjudged this the 25th day of June, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE